FILED

2006 Dec-06  PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA JASPER DIVISION

| | |
|---|---|
| **TERRY R. UPTAIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **5:05-CV-1430-VEH-PWG** |
| | ) |
| **SHERIFF RONNIE MAY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed a report and recommendation on November 14, 2006, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  Plaintiff filed objections on November 24, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation  and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation that plaintiff's case be dismissed for failing to exhaust his administrative remedies prior to filing this lawsuit is **ACCEPTED**.  Accordingly, this action is due to be **DISMISSED WITHOUT PREJUDICE**.  A Final Judgment will be entered.

**DONE** this the 6th day of December, 2006.

**VIRGINIA EMERSON HOPKINS**
United States District Judge